# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stout, Alan C. | U.S. Bankruptcy Court Western District of Kentucky | 03/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination, Date ☑ Initial ☐ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 601 W. Broadway  Suite 533  Louisville, KY 40202 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Owner | Stout Law Office |
| 2. | Owner | Stout Farmer & King |
| 3. | Master Commissioner | Crittenden Circuit Court |
| 4. | Ch. 7 Panel Trustee | U.S. Bankruptcy Court |
| 5. | Director | Farmers Bank |
| 6. | Officer/Director | Marion Development Group |
| 7. | President | Western Bluegrass Land Co. |
| 8. | President | Stout Development Inc. |
| 9. | Stock Holder | Marion Baseball Club |
| 10. | President/Director | Fohs Hall, Inc. |
| 11. | Board of Trustees | Murray State University Foundation |
| 12. | Board Member | Kentucky Conference of United Methodist Church; Board of Pensions |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1986-2006 | Kentucy Employee Retirement Systems (KERS), No control |
| 2. 1981-2011 | Stout Law Office - Stout Law Office was sold to Attorney Robert B. Frazer - In October 2011 |
| 3. 2000-2011 | Stout Farmer & King - Filer has been paid in full for interest in the firm - In October 2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Stout Law Office | $36,132.00 |
| 2. 2011 | Stout Law Office | $54,478.00 |
| 3. 2010 | Stout Farmer & King | $199,275.00 |
| 4. 2011 | Stout Farmer & King | $94,198.00 |
| 5. 2010 | Master Commissioner | $18,187.00 |
| 6. 2011 | Master Commissioner | $12,902.00 |
| 7. 2010 | Chapter 7 Trustee | $49,217.00 |
| 8. 2011 | Chapter 7 Trustee | $62,559.00 |
| 9. 2010 | Farmers Bank & Trust (Directors Fees) | $15,911.00 |
| 10. 2011 | Farmers Bank & Trust (Directors Fees) | $15,555.00 |
| 11. 2010 | Kentucky Retirement Systems (Pension) | $51,734.00 |
| 12. 2011 | Kentucky Retirement Systems (Pension) | $52,508.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Stout Law Office Salary |
| 2. 2011 | Stout Law Office Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐    NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farmers Bank & Trust (12/31/10) | Line of Credit | K |
| 2. | Farmers Bank & Trust (12/31/10) | Commercial Real Estate Mortgage | K |
| 3. | Farmers Bank & Trust (12/31/11) | Commercial Real Estate Mortgage | K |
| 4. | Farmers Bank & Trust (12/31/10) | Personally guaranteed debt on mtg. secured by real estate leased to Commonwealth of Kentukcy | K |
| 5. | Independence Bank (12/31/10) | Line of Credit | K |
| 6. | Independence Bank (12/31/10) | Co-Signed Debt / Commercial Real Estate | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 03/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameritrade Investment Acct. 2010 | A | Dividend | J | U | | | | | |
| 2. Ameritrade Investment Acct. 2011 | A | Dividend | J | U | | | | | |
| 3. Edward D. Jones Investment Acct. 2010 | D | Dividend | M | U | | | | | |
| 4. Edward D. Jones Investment Acct. 2011 | D | Dividend | M | U | | | | | |
| 5. Hilliard Lyons Investment Acct. 2010 | A | Dividend | K | U | | | | | |
| 6. Hilliard Lyons Investment Acct. 2011 | A | Dividend | K | U | | | | | |
| 7. Kentucky Deferred Compensation 2010 | | None | M | U | | | | | |
| 8. Kentucky Deferred Compensation 2011 | | None | M | U | | | | | |
| 9. Edward Jones (SARSEP) Stout & Farmer 2010 | | None | L | U | | | | | |
| 10. Edward Jones (SARSEP) Stout & Farmer 2011 | | None | L | U | | | | | |
| 11. Edward Jones (SARSEP) Stout Law Office 2010 | | None | N | U | | | | | |
| 12. Edward Jones (SARSEP) Stout Law Office 2011 | | None | N | U | | | | | |
| 13. Edward Jones (IRA) 2010 | | None | L | U | | | | | |
| 14. Edward Jones (IRA) 2011 | | None | M | U | | | | | |
| 15. Ameriprise Investment Acct. 2010 | A | Dividend | M | U | | | | | |
| 16. Ameriprise Investment Acct. & Insurance policy 2011 | A | Dividend | M | U | | | | | |
| 17. Independence Bank Stock 2010 | A | Dividend | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 03/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Independence Bank Stock 2011 | A | Dividend | K | U | | | | | |
| 19. Fifth Third Bank Stock 2010 | A | Dividend | K | U | | | | | |
| 20. Fifth Third Bank Stock 2011 | A | Dividend | K | U | | | | | |
| 21. Louisville Federal Credit Union - Savings Acct. 2011 | A | Interest | K | U | | | | | |
| 22. United Community Bank of Western KY Stock 2010 | A | Dividend | K | U | | | | | |
| 23. United Community Bank of Western KY Stock 2011 | A | Dividend | K | U | | | | | |
| 24. BancKentucky, Inc. Stock 2010 | B | Dividend | M | U | | | | | |
| 25. BancKentucky, Inc. Stock 2011 | B | Dividend | M | U | | | | | |
| 26. Marion Development Group Stock 2010 | C | Interest | M | W | | | | | |
| 27. Marion Development Group Stock 2011 | C | Interest | M | W | | | | | |
| 28. Real Estate - 1/2 Int. _____ . 2010 Marion, KY | A | Rent | K | W | | | | | |
| 29. Real Estate - 1/2 Int. _____ . 2011 Marion, KY | A | Rent | K | W | | | | | |
| 30. Real Estate 1/3 Int. - ____ Graves Co. 2010 | | None | K | W | | | | | |
| 31. Real Estate 1/3 Int. - ____ Graves Co. 2011 | | None | K | W | | | | | |
| 32. Western Bluegrass Land Co. 2010 | | None | K | W | | | | | |
| 33. Western Bluegrass Land Co. 2011 | E | Distribution | | | Distributed | | K | | |
| 34. Kentucky Employees Credit Union 2010 | A | Interest | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stout, Alan C. | 03/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Kentucky Employees Credit Union 2011 | A | Interest | M | U | | | | | |
| 36. Farmers Bancorp (Stock) 2010 | D | Dividend | N | U | | | | | |
| 37. Farmers Bancorp (Stock) 2011 | E | Dividend | N | U | | | | | |
| 38. Farmers Bank & Trust Co. (CD & Savings) 2010 | A | Interest | K | U | | | | | |
| 39. Farmers Bank & Trust Co. (CD & Savings) 2011 | A | Interest | M | U | | | | | |
| 40. ＿＿＿＿ 2010 Grand Rivers, KY | D | Rent | M | W | | | | | |
| 41. ＿＿＿＿ 2011 Grand Rivers, KY | D | Rent | M | W | | | | | |
| 42. AXA Equitable 2010 | A | Dividend | L | U | | | | | |
| 43. AXA Equitable 2011 | F | Distribution | | | Distributed | 08/01/11 | L | | Rollover |
| 44. Real Estate - ＿＿＿＿. 2010 | | None | M | W | | | | | |
| 45. Real Estate - ＿＿＿＿ 2011 | | None | M | W | | | | | |
| 46. CICA 2010 - Annuity | A | Dividend | J | U | | | | | |
| 47. CICA 2011- Annuity | A | Dividend | J | U | | | | | |
| 48. Stout Law Office 2011 | | None | | | Sold | 10/03/11 | M | | Robert B. Frazer |
| 49. Stout Farmer & King 2011 | | None | | | Sold | 10/03/11 | K | | Todd Farmer |
| 50. Marriott Vacation Time Share 2010 | | None | J | W | | | | | |
| 51. Marriott Vacation Time Share 2011 | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Stout Development Inc. Stock 2010 | A | Royalty | L | W | | | | | |
| 53. Stout Development Inc. Stock 2011 | A | Royalty | L | W | | | | | |
| 54. Marion Baseball Club LLC 2010 | | None | J | W | | | | | |
| 55. Marion Baseball Club LLC 2011 | | None | J | W | | | | | |
| 56. Real Estate - Marshall Co. 2010 | | None | J | W | | | | | |
| 57. Real Estate - Marshall Co. 2011 | | None | J | W | | | | | |
| 58. Real Estate - ____ Marion, KY 2010 | | None | L | W | | | | | |
| 59. Real Estate - ____ Marion, KY 2011 | | None | L | W | | | | | |
| 60. Marion Development Group (Note) 2010 | C | Interest | K | U | | | | | |
| 61. Marion Development Group (Note) 2011 | C | Interest | K | U | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I ceased the practice of Law on or about October 1, 2011. I sold my interest in Stout Law Office to Attorney Robert B. Frazer for $100,000.00 (which was paid), plus residual income on 4 different cases. The residual income on these should be collected by June 2011. I also retained all A/R as of 10/01/2011. I sold my interest in Stout Farmer & King to Todd Farmer for $50,000.00 (which has been paid). I was sworn in as U.S. Bankruptcy Judge on October 25, 2011. Simultaneously with this report I am submitting an applicaton for Certificate of Divestiture to liquidate my stock holdings in:

BancKentucky, Inc.

Independence Bank

United Community Bank of Western KY

Fifth Third Bank

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alan C. Stout**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544